UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

---

United States of America

    Plaintiff,

        vs.

Ryan James Stevens,

    Defendant.

Case No. 3:24-CR-00061

MOTION TO CONTINUE

---

¶ 1. On behalf of Defendant, Ryan James Stevens, by his attorney, Richard Sand:

¶ 2. <u>Motion:</u>

    a. Defendant hereby moves this Court to continue the Sentencing Hearing set to occur in this matter on 4/11/2025.

¶ 3. <u>Case History and facts:</u>

    a. Counsel for Defendant and Counsel for Plaintiff would like additional time to prepare for the sentencing in this matter.

    b. Defendant has been consulted regarding this continuance and has indicated they are in agreement with it.

    c. The Government has been consulted regarding this proposed continuance and have indicated they have no objection.

¶ 4. <u>Conclusion:</u>

    a. On this basis, Counsel for Defendant humbly requests that this Court continue the Sentencing Hearing set to occur in this matter on 4/11/2025 to a new, later date.

Dated: 4/7/2025                      **SAND LAW, PLLC**
*Counsel for Defendant*

BY:     /s/ Richard Sand
         Richard Sand
         332 Minnesota Street, Suite W2402
         St. Paul, MN 55101
         Phone: (701) 609-1510
         Email: rick.sand@sandlawnd.com